FILED: January 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1007
(1:23-cv-00906-LMB-IDD)

_____

ADVANFORT COMPANY

       Plaintiff - Appellant

v.

ZAMIL OFFSHORE SERVICES COMPANY; SAUDI PORTS AUTHORITY, a foreign sovereign State

       Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-cv-00906-LMB-IDD |
| Date notice of appeal filed in originating court: | 12/26/2023 |
| Appellant | AdvanFort Company |
| Appellate Case Number | 24-1007 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |