**Appeal No. 24-1007**

In The

# United States Court of Appeals

For The Fourth Circuit

▶▶◀

───────────────

AdvanFort Company

*Plaintiff-Appellant,*

v.

Zamil Offshore Services Company and Saudi Ports Authority.

*Defendants-Appellees.*

───────────────

On Appeal From The United States District Court
For The Eastern District of Virginia
Case No. 1:23-cv-00906-LMB-IDD
Hon. Leonie M. Brinkema

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

Pursuant to Local Rule 46(c), Matthew F. Casassa hereby moves to withdraw as counsel of record for plaintiff-appellant AdvanFort Company ("AdvanFort"). Mr. Casassa will no longer be associated with Foley Hoag LLP. AdvanFort will continue to be represented by counsel of record from Foley Hoag LLP and McGuireWoods LLP.

| | |
|---|---|
| Dated: July 12, 2024 | Respectfully submitted, |
| | /s/ *Matthew F. Casassa* |
| | Matthew Casassa |
| | Foley Hoag LLP |
| | 155 Seaport Boulevard |
| | Boston, MA 02210 |
| | (617) 832-1116 |
| | mcasassa@foleyhoag.com |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 49 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Century Schoolbook font.

Dated: July 12, 2024                    */s/ Matthew F. Casassa*
                                        Matthew F. Casassa

## CERTIFICATE OF SERVICE

I, Matthew F. Casassa, a member of the Bar of this Court, hereby certify that on July 12, 2024, I caused the foregoing document to be filed with the Clerk of the United States Court of Appeals for the Fourth Circuit. I certify that service on all case participants will be accomplished through the Court's CM/ECF system.

Dated: July 12, 2024        */s/ Matthew F. Casassa*
                                                       Matthew F. Casassa